

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00798-CV

**IN THE COMMITMENT OF STEPHEN PATRICK BLACK,**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

In June 2018, Stephen Patrick Black filed a notice of appeal from the trial court's May 9, 2018 biennial review order. However, the Guadalupe County District Clerk did not forward the notice of appeal to this court until October 24, 2018. *See* TEX. R. APP. P. 25.1(f) (requiring trial court clerk to "immediately send a copy of the notice of appeal to the appellate court clerk"). Because the clerk's record was not filed by September 6, 2018, when it was due, the clerk of this court notified Debra Crow, the Guadalupe County District Clerk, that the record was past due. The notice required Ms. Crow to file the record by November 28, 2018. We received no response to our letter and the clerk's record has not been filed.

We **order** Debra Crow to file the record in this court by **December 27, 2018**. The record should include all filings and orders relating to the 2018 biennial review proceeding. Ms. Crow is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court